UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPIN MASTER LTD. and SPIN MASTER, INC.,

                   Plaintiffs,

    - against -

ALISY, et al.,

                   Defendants.

**ORDER**

18 Civ. 543 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Plaintiffs are directed to either file for default against the defendants against which a Clerk's Certificate of Default was issued (see Dkt. No. 48), or to submit a status letter to the Court, by June 12, 2020.

Dated:  New York, New York
          June 4, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge