UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPIN MASTER LTD. and SPIN MASTER, INC.,

                Plaintiffs,

    - against -

ALISY, et al.,

                Defendants.

**ORDER**

18 Civ. 543 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The hearing currently scheduled for October 15, 2020 will take place by telephone.

        The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. No later than October 13, 2020, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

Dated: New York, New York
       October 9, 2020

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge